**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Carrie R. Weaver

                                            Plaintiff,

v.                                                                  Case No.: 1:22–cv–04033
                                                                  Honorable Franklin U. Valderrama

Roundy's Illinois, LLC., d/b/a Mariano's

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 4, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: Plaintiff's motion to stay [11] is denied. Unless and until this case is reassigned to another district judge's calendar, it will proceed apace on this district judge's calendar. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.