**DOCUMENT REMOVED DUE TO REASON[S ] CHECKED BELOW**

[X]  **DOCUMENT ENTERED IN ERROR**

  **DOCUMENT WITHDRAWN/REMOVED PER COURT ORDER OF** _____

[ ]  **INCORRECT DOCUMENT LINKED**