## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Carrie R. Weaver

                                    Plaintiff,

v.                                                       Case No.: 1:22–cv–04033
                                                           Honorable Franklin U. Valderrama

Roundy's Illinois, LLC., d/b/a Mariano's

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 13, 2022:

    MINUTE entry before the Honorable Franklin U. Valderrama: As the Court understands it, the parties have filed 8 pages of argument on what is essentially a request for less than a two−week extension of time to file a response brief. Plaintiff's motion for extension of time to respond to motion to dismiss [16] is granted. Plaintiff is to respond only to the arguments raised in the motion to dismiss presented in this case. Plaintiff's response is due on 10/20/22; Defendant's reply is due 11/14/22. It is also worth noting that this Court, like all courts, has to resolve numerous contested motions on a daily basis. Where possible, it expects the parties to extend each other professional courtesies moving forward. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.